

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Lucas Horton
Plaintiff

v.

Texas Federation for Children PAC, INC
Defendant

Civil Action No. 3-22CV2736-D

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Lucas Horton

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Texas Federation for Children PAC, INC

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Lucas Horton, Texas Federation for Children PAC, INC

| | |
|---|---|
| Date: | 12/7/2022 |
| Signature: | /s/ Lucas Horton |
| Print Name: | Lucas Horton |
| Bar Number: | |
| Address: | 1202 Stratford Dr |
| City, State, Zip: | Richardson, TX 75080 |
| Telephone: | 214 909-3341 |
| Fax: | |
| E-Mail: | lukeduke365@yahoo.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.